UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANICE VOKURKA,
*Administrator of the Estate of Robert Thomas Leach, II,*

    Plaintiff,

  v.

WARDEN TOM SCHWEITZER, *et al.*,

    Defendants.

:

:

Case No. 2:22-cv-652
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

In a Report and Recommendation issued on March 30, 2023, the Magistrate Judge recommended that this Court dismiss Defendant Douglas Hunt without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 104.) Plaintiff was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Plaintiff's claims against Douglas Hunt are **DISMISSED without prejudice**.

    IT IS SO ORDERED.

                                      /s/ Sarah D. Morrison
                                      **SARAH D. MORRISON**
                                      **UNITED STATES DISTRICT JUDGE**